JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RACHEL CASTILLO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE, a business entity form unknown; and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 20-2866-GW-SKx<br><br>Hon. George H. Wu<br><br>(Removed from Superior Court of California, County of Los Angeles, Case No. 20STCV03056)<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br>**(Fed R Civ Proc 41(a)(1))**<br><br>Complaint Filed: 1/24/2020<br>Removal Date: 3/27/2020<br>Trial Date: 3/16/2021 |

On August 27, 2020, the parties filed a Stipulation to dismiss Plaintiff RACHEL CASTILLO's claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court for good cause shown, grants the Stipulation to dismiss and dismisses RACHEL CASTILLO 's claims without prejudice.

IT IS SO ORDERED.

Dated: August 31, 2020　　　　　　_____/s/ George H. Wu_____

　　　　　　　　　　　　　　　　HON. GEORGE H. WU, U.S. District Judge

**ORDER**